1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  HILLARY T. IRVIN (MDBN 1712130257)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7181
7     Fax: (415) 436-7027
      Hillary.Irvin@usdoj.gov
8     Attorneys for United States of America

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

    UNITED STATES OF AMERICA,          )   **CASE NO. 23-CR-30-SI-3**
13                                      )
            Plaintiff,                  )   **NOTICE OF DISMISSAL**
14                                      )
        v.                              )
15                                      )
    OLVIN ISAAC GUTIERREZ NUNEZ *et al*,)
16                                      )
                                        )
17         Defendants.                  )
    _____ )

18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictment against Antony Samir

21  Doblado Palma a/k/a Joshua Melendez.

22

23  DATED:  June 5, 2023                        Respectfully submitted,

24                                              ISMAIL J. RAMSEY
                                                United States Attorney
25

26                                              *Thomas A. Colthurst*
                                                _____
27                                              THOMAS A. COLHURST
                                                Chief, Criminal Division

28

    NOTICE OF DISMISSAL              1
    23-CR-30-SI-3

1        Leave is granted to the government to dismiss the indictment against Antony Samir

2    Doblado Palma a/k/a Joshua Melendez.

3

4    Date:    06/06/2023

5    _____
     HON. SUSAN ILLSTON

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL                                      2
23-CR-30-SI-3